244

(No. 74-CC-43—Claimant )

DEAN BUSINESS EQUIPMENT CO., INC., Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed February 20, 1974.*

DEAN BUSINESS EQUIPMENT CO., INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-82—Claimant )

HENRY HANSELMAN d/b/a CENTRAL CHEMICAL CO., DEPARTMENT OF GENERAL SERVICES, Respondent.

*Opinion filed February 20, 1974.*

HOWARTH & HOWARTH, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.